**676**

No. —. Denicke et al. *v.* United States Circuit Court of Appeals for the Ninth Circuit et al. November 13, 1944. The motion for leave to file petition for writ of mandamus is denied.

No. 424. United States *v.* Shearer. Appeal from the Court of Claims; and

No. 532. United States *v.* Shearer. November 20, 1944. *Per Curiam:* The appeal is dismissed for want of jurisdiction. Act of December 17, 1930; *Colgate* v. *United States,* 280 U. S. 43; *Assiniboine Indian Tribe* v. *United States,* 292 U. S. 606. Cf. *United States* v. *Goltra,* 312 U. S. 203, 204, n. 1. The petition for writ of certiorari is denied for the reason that application therefor was not made within the time provided by law. Act of December 17, 1930. *Solicitor General Fahy* for the United States. *Mr. Clarence B. Des Jardins* for Shearer.

No. 461. Carter *v.* General American Life Insurance Co. November 20, 1944. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented federal question. Dissenting: Mr. Justice Black. *Mr. Z. Dallas Hicks* for appellant. *Mr. L. L. Bomberger* for appellee.